McDONALD, Respondent, v. EGAN, Appellant.

(172 N. W. 879).

(File No. 4551. Opinion filed June 17, 1919).

**Appeals—Error—No Brief, Unfulfilled Stipulations Re—Abandonment, Affirmants.**

Where more than three months elapsed after notice of appeal, and, various stipulations having been filed extending time for filing appellant's brief, no briefs, stipulations or other papers having been filed by appellant, after such extended date, appeal will be deemed abandoned, and judgment affirmed.

Appeal from Circuit Court, Minnehaha County. Hon. Joseph W. Jones, Judge.

Action by Charles S. McDonald, against George W. Egan. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed.

*C. H. Bartelt,* for Appellant.

*Bailey & Voorhees,* for Respondent.

PER CURIAM. On March 3, 1919, notice of appeal was filed in this court in the above-entitled action. By various stipulations between counsel for appellant and respondent duly filed in this court, the time for serving and filing appellant's brief was extended to May 20, 1919. Since that date no briefs, stipulations, or other papers whatever have been filed by appellant. Appellant being in default, the appeal will be deemed abandoned, and the order and judgment of the trial court will be affirmed.